## PIERCE v. ALLEN CONSTRUCTION

No. 410P90

Case below: 99 N.C.App. 583

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 7 February 1992.

## STATE v. CHEE

No. 471P91

Case below: 104 N.C.App. 139

Motion by the Attorney General to dismiss appeal for lack of substantial constitutional question allowed 9 January 1992. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 9 January 1992.

## STATE v. COX

No. 429P91

Case below: 103 N.C.App. 805

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 9 January 1992.

## STATE v. DAVY

No. 456P91

Case below: 104 N.C.App. 137

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals denied 9 January 1992.

## STATE v. FAISON

No. 521PA91

Case below: 104 N.C.App. 554

Petition by defendant for writ of supersedeas allowed 9 January 1992. Motion by the Attorney General to dismiss appeal for lack of substantial constitutional question allowed 9 January 1992. Petition by defendant for discretionary review pursuant to G.S. 7A-31 allowed 9 January 1992.